1
2
3
4
5                    UNITED STATES DISTRICT COURT
6                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
7                             OAKLAND DIVISION
8

9  | SALES JOB, INC., a Nevada corporation, | Case No: C 09-2988 SBA
10 | Plaintiff, | **ORDER OF CONDITIONAL DISMISSAL**
11 | vs. |
12 | HRHQ, a Canadian entity, et al., |
13 | Defendants. |

14
15
16     The Court having been notified of the settlement of this action, and it appearing that no
17 issue remains for the Court's determination,
18     IT IS HEREBY ORDERED THAT this action and all claims asserted herein are
19 DISMISSED.  In the event that the settlement is not reached, any party may move to reopen the
20 case and the trial will be scheduled, provided that such motion within 60 days of the date this
21 order is filed.  All scheduled dates are VACATED.
22     IT IS SO ORDERED.
23
24 Dated: December 29, 2009                     _____
25                                              SAUNDRA BROWN ARMSTRONG
                                                United States District Judge
26
27
28